# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYOWA KIRIN PHARMACEUTICAL RESEARCH, INC., <br><br>                              Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br>                              Defendant. | Case No.: 20-CV-0504 W (KSC) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 5]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 5.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: July 30, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

20-CV-0504 W (KSC)